AUSA: Susan Fairchild Telephone: (313) 226-9577
AO 91 (Rev. 11/11) Criminal Complaint       Task Force Officer: Aaron Haeck       Telephone: (810) 345-3248

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

Esteban SEBASTIAN AMBROSIO

Case: 2:25−mj−30473
Assigned To : Unassigned
Assign. Date : 7/23/2025
Description: CMP USA v Sebastian
Ambrosio (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 21, 2025 _____ in the county of _____ St. Clair _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Aaron Haeck , Task Force Officer, USBP
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____ July 23, 2025 ____

City and state: ____ Detroit, MI ____

_____
*Judge's signature*

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Aaron Haeck, being duly sworn, depose and state:

1. I am employed by the United States Department of Homeland Security, U.S. Customs and Border Protection (CBP), as an Enforcement Officer at the Blue Water Bridge in Port Huron, Michigan. I have been employed with CBP for seventeen years. The facts set forth herein are based upon my knowledge and obtained through interview.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Esteban SEBASTIAN AMBROSIO, an alien who has previously been removed from the United States and was thereafter found in the United States on or about July 21, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include U.S. Customs and Border Protection Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to SEBASTIAN AMBROSIO. I have not included every fact known to law enforcement related to this investigation.

4. SEBASTIAN AMBROSIO is a twenty-nine-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. Immigration database records confirm that SEBASTIAN AMBROSIO was encountered by Border Patrol on March 6, 2016, in Douglas, Arizona and was processed as an Expedited Removal. He departed the United States on or about March 8, 2016.

6. On or about August 9, 2018, SEBASTIAN AMBROSIO was again encountered by Border Patrol in Jacumba, California. He was processed as a Reinstatement of a Deportation Order and was removed from the United States or about August 11, 2018.

7. On July 21, 2025, SEBASTIAN AMBROSIO was a passenger in a vehicle that made a wrong turn onto the Blue Water Bridge. The other occupants included his wife, his USC minor child, and the driver of the vehicle. The vehicle was directed by Michigan Department of Transportation (MDOT) to turn around at the opening of the bridge from the outbound lanes into the primary lanes operated by U.S. Customs and Border Protection Officers. SEBASTIAN AMBROSIO and the other occupants of the vehicle were subsequently referred to the secondary inspection area for further interview.

8. On July 22, 2025, at approximately 8:30 a.m., SEBASTIAN AMBROSIO was advised of his Miranda rights and invoked his right to remain silent. The interview was terminated at that time.

9. SEBASTIAN AMBROSIO's fingerprints and photograph were captured and searched in ABIS (Automated Biometric Identification System).  The fingerprints returned with a positive match for Esteban SEBASTIAN AMBROSIO, a native and citizen of Mexico who had previously been removed from the United States.

10. A review of SEBASTIAN AMBROSIO's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that SEBASTIAN AMBROSIO did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on August 11, 2018.

11. On July 22, 2025, SEBASTIAN AMBROSIO was served with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Based on the above information, there is probable cause to believe that Esteban SEBASTIAN AMBROSIO, is an alien who has previously been removed from the United States on or about August 11, 2018 and was thereafter found in the United States on or about July 21, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney

General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

_____
*Complainant's signature*

Aaron Haeck , Task Force Officer, USBP
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

July 23, 2025